**MADE JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIKEEM CRADDOCK<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF LONG BEACH, BOBBY J. ANGUIANO, JOSEPH MARSH, BRIAN W. COLLETTE, GREG BARNHART,<br><br>　　　　Defendants. | Case No.:  CV06 - 5493 GW (AJWx)<br><br>**JUDGMENT FOLLOWING JURY VERDICT**<br><br>Hon. George H. Wu, Judge<br><br>Trial Date:　　October 14, 2008 |

PLEASE TAKE NOTICE that on October 14, 2008, in the above entitled court, the Honorable George H. Wu presiding, the above-captioned matter was tried before a jury.  On October 20, 2008, the jury returned verdicts in favor of Defendants, BOBBY J. ANGUIANO, JOSEPH MARSH, BRIAN W. COLLETTE, GREG BARNHART, and against Plaintiff, YIKEEM CRADDOCK.

/ / /

/ / /

/ / /

1   Following the jury's verdict, and good cause appearing, the court now
2 orders Judgment upon the verdict in favor of BOBBY J. ANGUIANO, JOSEPH
3 MARSH, BRIAN W. COLLETTE and GREG BARNHART, be entered and further
4 orders an award of costs of suit following timely filing of a Bill of Costs.

6  / / /
7 DATED:  December 29, 2008

                             _____
                             GEORGE H. WU
                             United States District Judge